UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC,<br>    Plaintiff<br><br>    v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br>    Defendant | No. 25-cv-04372<br><br>Judge Jeremy C. Daniel |

**DEFAULT JUDGMENT**

Because the defendant has failed to plead or otherwise defend, and because the plaintiff has shown that failure by affidavit, the Court hereby enters default judgment for the plaintiff pursuant to Fed. R. Civ. P. 55(b)(2), as follows:

1. The defendant, Enjoyment Party Backdrop Store (aliexpress.com/store/1103055816), its officers, agents, servants, employees, and attorneys are permanently enjoined from:

    a. using the plaintiff's trademarks covered by U.S. Registration No. 6,748,823, including any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not genuine or authorized by the plaintiff;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine product that is not a genuine product, produced under the

authorization, control, or supervision of the plaintiff, or approved for sale by the plaintiff under or in connection with the plaintiff's trademark(s);

c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for the plaintiff, nor authorized by the plaintiff to be sold or offered for sale, and which bear any of the plaintiff's trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Pursuant to 15 U.S.C. § 1117(c)(2), the Court awards statutory damages to the plaintiff in the amount of $3,000 based on the defendant's willful use of a counterfeit mark.

3. The defendant, its officers, agents, servants, employees, and attorneys are permanently enjoined from reproducing the plaintiff's copyrighted works registered as Copyright Registration Nos. VAu 1-387-240, VAu 1-391-157, VAu 1-391-161, VAu 1-392-908, VAu 1- 394-623, VAu 1-395-793, VAu 1-428-392, VAu 1-493-306, VAu 1-493-374, VAu 1-493-375, VAu 1-521-584, VAu 1-531-762, VA-l-824-810, and VA-1-982-408.

4. Pursuant to 17 U.S.C. § 504(c), the Court awards statutory damages to the plaintiff in the amount of $7,500 based on the defendant's willful infringement.

5. Any third-party provider previously served with a copy of the temporary restraining order and subsequent preliminary injunction order who restrained the

defendant's assets pursuant to those orders shall turnover any monies currently restrained in the defendant's account—up to the amount of statutory damages awarded in the preceding paragraphs—to the plaintiff within fourteen business days.

6. The surety bond posted by the plaintiff is hereby released. The plaintiff shall file a separate motion seeking the return of its bond. The plaintiff shall submit a proposed order concerning the return of bond to the Court's proposed order inbox.

Date: October 10, 2025

JEREMY C. DANIEL
United States District Judge